UNITES STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF CALIFORNIA *ex ret.* TAMARA EVANS, <br><br>Plaintiff/Relator, <br><br>v. <br><br>SOUTHERN CALIFORNIA INTERGOVERNMENTAL TRAINING AND DEVELOPMENT CENTER, and DOES 1-10, <br><br>Defendant(s). | Case No.: 2:15-cv-00619-MCE-CKD <br><br>**ORDER AMENDING THE INITIAL PRETRIAL SCHEDULING ORDER** <br><br>Judge:   Hon. Morrison C. England, Jr. |

For good cause shown, the stipulation to amend the Initial Pretrial Scheduling Order is granted. The parties shall complete all discovery, with the exception of expert discovery, no later than January 6, 2018.

IT IS SO ORDERED.

Dated: February 27, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE