Steven E. Boehmer, Esq. (#144817)
Amanda R. Abeln-Overs, Esq. (#290309)
McDOUGAL LOVE BOEHMER
FOLEY LYON & CANLAS
8100 La Mesa Blvd., Suite 200
La Mesa, California 91942
Telephone: (619) 440-4444
Facsimile: (619) 440-4907

EXEMPT FROM FILING FEES
PURSUANT TO GOVERNMENT
CODE SECTION 6103

Attorneys for Defendant, SOUTHERN CALIFORNIA
INTERGOVERNMENTAL TRAINING AND
DEVELOPOMENT CENTER

UNITES STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
and THE STATE OF CALIFORNIA
*ex ret.* TAMARA EVANS,

        Plaintiff/Relator,

        v.

SOUTHERN CALIFORNIA
INTERGOVERNMENTAL
TRAINING AND DEVELOPMENT
CENTER, and DOES 1-10,

        Defendant(s).

Case No.: 2:15-cv-00619-MCE-CKD

**STIPULATION TO CONTINUE THE
DISCOVERY DEADLINE; ORDER
THEREON**

Judge:       Hon. Morrison C. England, Jr.

    TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA, AND TO ALL PARTIES

THROUGH THERE COUNSEL OF RECORD HEREIN:

    Plaintiff-realtor Tamara Evans ("relator") and defendant Southern California

Governmental Training and Development Center ("defendant"), by an through

their counsel of record, hereby recite and stipulate, subject to the Court's approval

as provided for herein, as follows:

    On March 19, 2015, plaintiff-relator Tamara Evans ("relator") filed the

instant case under seal. (ECF No. 1). Following the decision of the United States

not to intervene, the court ordered the case unsealed on January 6, 2017. (ECF

Nos. 22-23.)  Relator served defendant on January 10, 2017 with the summons and complaint as well as a copy of this court's January 6, 2017 initial pretrial scheduling order requiring discovery be completed by March 18, 2016.  (ECF No. 26.)  Because defendant was not served until after the discovery cut-off, the parties stipulated to amending the initial pretrial scheduling order to require all discovery, except expert discovery, be completed on January 6, 2018.  (ECF No. 26.)

In response to relator's complaint, defendant filed a motion to dismiss the relator's claims under the California False Claims Act and the court issued its order granting the motion on April 26, 2017.  (ECF No. 35.)  While the Court was considering the motion to dismiss, the parties delayed discovery in an effort to limit costs and litigate the action efficiently.  The parties now require additional time to complete discovery, including three depositions.

The parties submit that good cause exists for a continuance of the fact discovery deadline and have agreed to continue the fact discovery deadline to April 6, 2018 in order to allow the parties to complete fact discovery and attempt to resolve this action informally.

///
///
///
///
///
///
///
///
///
///
///

IT IS HEREBY STIPULATED by and between relator and defendant, by and through their attorneys of record, that the initial pretrial scheduling order be amended to require that all discovery, with the exception of expert discovery, shall be completed no later than April 6, 2018.

IT IS SO STIPULATED.

Dated: January 10, 2018      MCDOUGAL LOVE ECKIS
                                    BOEHMER & FOLEY


By: /s/ Amanda R. Abeln-Over _____
     Steven E. Boehmer
     Amanda R. Abeln-Overs
     Attorneys for Defendant, SOUTHERN
     CALIFORNIA INTERGOVERNMENTAL
     TRAINING AND DEVELOPMENT
     CENTER

Dated: January 10, 2018      THE JAFFE LAW FIRM


By: /s/ Stephen R. Jaffe (as authorized on January 8, 2018)
     Stephen R. Jaffe
     Attorney for Plaintiff/Relator
     TAMARA EVANS

## ORDER

Pursuant to the terms of the foregoing stipulation, the Court extends the fact discovery deadline to April 6, 2018. All other related deadlines in the Initial Pretrial Scheduling Order will be based on this extended date.

IT IS SO ORDERED.

Dated: January 10, 2018

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE