Stephen R. Jaffe   SBN 48539
The Jaffe Law Firm
101 California Street, Suite 2710
San Francisco, CA 94111
stephen.r.jaffe@jaffetriallaw.com
415.618.0100
Attorneys for Relator TAMARA EVANS

McDOUGAL, LOVE, BOEHMER,
FOLEY, LYON, CANLAS
8100 La Mesa Boulevard, Suite 200
La Mesa, CA 91942
(619) 440-4444
Attorneys for Defendant SOUTHERN
CALIFORNIA INTERGOVERNMENTAL
TRAINING AND DEVELOPMENT CENTER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA *ex rel.* TAMARA EVANS, Relator, vs. SOUTHERN CALIFORNIA INTERGOVERNMENTAL TRAINING AND DEVELOPMENT CENTER, *et al.* Defendant. | Case No.: 2:15-cv-00619-MCE<br><br>**STIPULATION AND ORDER SETTING NEW DATE BY WHICH DISPOSITIVE MOTIONS MUST BE FILED.** |
|---|---|

The parties stipulate to the following facts:

1. The present scheduling order (**Document 47**) requires the parties to file dispositive motions no later than 180 days from close of discovery on **September 20, 2019**, or by **March 18 , 2020**.

2. Stephen R. Jaffe, counsel for the relator in this action, is lead counsel for the relators in *United States of America ex rel Rose et al. v Stephens Institute et al,* N. Dist. CA Case No. 09-CIV-5966-PJH ( hereafter "*US v AAU*").

STIPULATION AND ORDER                2

3. *US v. AAU* is in its eleventh year of litigation. It has been contentiously litigated in the District Court, the Ninth Circuit Court of Appeals and was the subject of an unsuccessful petition for writ of *certiorari* by the defendant in the United States Supreme Court.

4. *US v AAU* is set for jury trial on **May 5, 2020**. However, pretrial documents and materials are due to be filed with the District Court commencing **March 5, 2020**.

5. Under the present scheduling order, it is impossible for Mr. Jaffe to prepare for trial in *US v AAU* and, at the same time, prepare dispositive motions and/or oppose defendant's dispositive motion, if any, in this case.

6. No party will be prejudiced by the rescheduling order sought by this stipulation.

7. The parties agree this court may make an Order resetting the last date to file dispositive motions in this action from **March 18, 2020** to **July 15, 2020**.

McDOUGAL, LOVE, BOEHMER,　　　THE JAFFE LAW FIRM
FOLEY, LYON, CANLAS

By:_____/s/_____　　　By:_____/s/_____
　　John Petze　　　　　　　　　　　　Stephen R. Jaffe
Attorneys for Southern California　　Attorneys for Realtor EVANS
Intergovernmental Training
and Development Center

## ORDER

The foregoing stipulation having been presented to the Court and good cause appearing, the last day for the parties to file dispositive motions herein is continued from March 18, 2020 to **July 15, 2020**. All other dates set forth in the operative scheduling order remain in effect.

IT IS SO ORDERED.

Dated: February 4, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER　　　　　　2