Steven E. Boehmer, Esq. (#144817)
John E. Petze, Esq. (#118573)
McDOUGAL LOVE BOEHMER
FOLEY LYON & CANLAS
8100 La Mesa Blvd., Suite 200
La Mesa, California 91942
Telephone:     (619) 440-4444
Facsimile:      (619) 440-4907

Attorneys for Defendant, SOUTHERN CALIFORNIA INTERGOVERNMENTAL TRAINING AND DEVELOPMENT CENTER

EXEMPT FROM FILING FEES PURSUANT TO GOVERNMENT CODE SECTION 6103

UNITES STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF CALIFORNIA *ex ret.* TAMARA EVANS,<br><br>Plaintiff/Relator,<br><br>v.<br><br>SOUTHERN CALIFORNIA INTERGOVERNMENTAL TRAINING AND DEVELOPMENT CENTER, and DOES 1-10,<br><br>Defendant(s). | Case No.: 2:15-cv-00619-MCE-CKD<br><br>**ORDER RE STIPULATION TO CONTINUE PLAINTIFF/RELATOR'S DEADLINE FOR OPPOSITION TO MOTION, HEARING ON DEFENDANT'S MOTION TO RE-OPEN DISCOVERY, AND DEADLINE FOR DISPOSITIVE MOTIONS**<br><br>Judge:      Hon. Morrison C. England, Jr. |

Pursuant to the terms of the parties' Stipulation, the Court (i) continues the hearing date for Defendant's motion to re-open discovery to June 25, 2020, with the deadlines for Plaintiff/Relator's opposition to the motion and Defendant's reply due per the Federal Rules of Civil Procedure, and (ii) continues the deadline to file dispositive motions to October 13, 2020. All other related deadlines in the Initial Pretrial Scheduling Order will be based on the new date for dispositive motions.

IT IS SO ORDERED.

DATED: March 23, 2020

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1