Stephen R. Jaffe    SBN 48539
THE JAFFE LAW FIRM
101 California Street, Suite 2710
San Francisco, CA 94111
stephen.r.jaffe@jaffetriallaw.com
415.618.0100

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* TAMARA EVANS,<br><br>        Relator,<br><br>vs.<br><br>SOUTHERN CALIFORNIA INTERGOVERNMENTAL TRAINING AND DEVELOPMENT CENTER, *et al.*<br><br>        Defendant. | Case No.: **2:15-cv-00619-MCE**<br><br>**STIPULATION TO LIMITED REOPENING OF DISCOVERY AND ORDER THEREON** |

The parties stipulate the Court may make the following Orders:

1. Fact discovery in this matter is reopened for the limited purpose of defendant taking the oral depositions of Ed Pecinovsky and Jan Bullard. No other discovery may be initiated by either party absent further order of the Court.

2. The oral depositions of Ed Pecinovsky and Jan Bullard shall be concluded on or before July 1, 2020.

3. The oral depositions of Ed Pecinovsky and Jan Bullard may be taken only via video conference or other mutually agreeable remote means in compliance with FRCP 30.

4. Defendant's motion to reopen discovery (Document # 66) is taken off calendar.

STIPULATION AND ORDER

5. The parties shall file dispositive motions no later than September 30, 2020.

6. All other scheduling orders in this matter remain in force and unchanged.

| McDOUGAL, LOVE, BOEHMER, FOLEY, LYON, CANLAS | THE JAFFE LAW FIRM |
|---|---|
| By: _____/s/_____<br>John Petze<br>Attorneys for Southern California Intergovernmental Training and Development Center | By:_____/s/_____<br>Stephen R. Jaffe<br>Attorneys for TAMARA EVANS |
| April 24, 2020 | April _____, 2020 |

## ORDER

The foregoing stipulation having been presented by the parties and good cause appearing therefor,

THE FOREGOING IS SO ORDERED.

Dated:  April 28, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER