Steven E. Boehmer, Esq. (#144817)
John E. Petze, Esq. (#118573)
McDOUGAL LOVE BOEHMER
FOLEY LYON & CANLAS
8100 La Mesa Blvd., Suite 200
La Mesa, California 91942
Telephone:   (619) 440-4444
Facsimile:   (619) 440-4907

EXEMPT FROM FILING FEES
PURSUANT TO GOVERNMENT
CODE SECTION 6103

Attorneys for Defendant, SOUTHERN CALIFORNIA INTERGOVERNMENTAL TRAINING AND DEVELOPMENT CENTER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA and THE STATE OF CALIFORNIA *ex rel.* TAMARA EVANS,<br><br>Plaintiff/Relator,<br><br>v.<br><br>SOUTHERN CALIFORNIA INTERGOVERNMENTAL TRAINING AND DEVELOPMENT CENTER, and DOES 1-10,<br><br>Defendant(s). | Case No.: 2:15-cv-00619-MCE-CKD<br><br>**ORDER GRANTING EX PARTE ADMINISTRATIVE REQUEST TO INCREASE PAGE LIMITATION FOR DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>Judge:          Hon. Morrison C. England, Jr.<br><br>Complaint Filed:   March 19, 2015<br>Trial Date:         None |
|---|---|

Presently before the Court is the ex parte administrative request of defendant, SOUTHERN CALIFORNIA INTERGOVERNMENTAL TRAINING AND DEVELOPMENT CENTER ("RTC"), to exceed the Court's page limitation of twenty (20) pages for RTC's memorandum of points and authorities in support of its motion for summary judgment or, in the alternative, partial summary judgment, and to be allowed up to sixty-five (65) pages for its memorandum of points and authorities.

///

///

///

///

1   2:15-cv-00619-MCE-CKD

ORDER GRANTING EX PARTE ADMINISTRATIVE REQUEST TO INCREASE PAGE LIMITATION FOR DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT

1  Good cause appearing therefor, the Court grants the ex parte administrative request to
2  exceed the Court's page limitation. RTC may file a memorandum of points and authorities in
3  support of its motion for summary judgment or, in the alternative, partial summary judgment not
4  to exceed forty (40) pages.  Any opposition also shall not exceed forty (40) pages and any reply
5  shall not exceed twenty (20) pages.
6      IT IS SO ORDERED.
7  Dated:  July 14, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

ORDER GRANTING EX PARTE ADMINISTRATIVE REQUEST TO INCREASE PAGE LIMITATION FOR DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT