1  Steven E. Boehmer, Esq. (#144817)
   John E. Petze, Esq. (#118573)
2  McDOUGAL LOVE BOEHMER
   FOLEY LYON & CANLAS                    EXEMPT FROM FILING FEES
3  8100 La Mesa Blvd., Suite 200          PURSUANT TO GOVERNMENT
   La Mesa, California 91942              CODE SECTION 6103
4  Telephone:    (619) 440-4444
   Facsimile:    (619) 440-4907
5
   Attorneys for Defendant, SOUTHERN CALIFORNIA
6  INTERGOVERNMENTAL TRAINING AND
   DEVELOPMENT CENTER
7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA and THE STATE OF CALIFORNIA *ex rel.* TAMARA EVANS,<br><br>    Plaintiff/Relator,<br><br>    v.<br><br>SOUTHERN CALIFORNIA INTERGOVERNMENTAL TRAINING AND DEVELOPMENT CENTER, and DOES 1-10,<br><br>    Defendant(s). | Case No.: 2:15-cv-00619-MCE-CKD<br><br>**AMENDED ORDER GRANTING EX PARTE ADMINISTRATIVE REQUEST TO INCREASE PAGE LIMITATION FOR DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>Judge:    Hon. Morrison C. England, Jr.<br><br>Complaint Filed:    March 19, 2015<br>Trial Date:    None |
|---|---|

Presently before the Court is an Ex Parte Motion (ECF No. 77), filed on behalf of Defendant CALIFORNIA INTERGOVERNMENTAL TRAINING AND DEVELOPMENT CENTER ("RTC"), to exceed the Court's page limitation of twenty (20) pages for RTC's memorandum of points and authorities in support of its motion for summary judgment or, in the alternative, partial summary judgment, and to be allowed up to sixty-five (65) pages for its memorandum of points and authorities.  The Court has read and considered both the Motion as well as Plaintiff's Opposition and Defendant's Reply thereto.

///

///

///

1   2:15-cv-00619-MCE-CKD

AMENDED ORDER GRANTING EX PARTE ADMINISTRATIVE REQUEST TO INCREASE PAGE LIMITATION FOR DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT

1    Good cause appearing therefor, Defendant's Motion (ECF No. 77) is GRANTED.  RTC
2  may file a memorandum of points and authorities in support of its motion for summary judgment
3  or, in the alternative, partial summary judgment not to exceed forty (40) pages.  Any opposition
4  also shall not exceed forty (40) pages and any reply shall not exceed twenty (20) pages.
5    IT IS SO ORDERED.
6  Dated:  July 23, 2020

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

AMENDED ORDER GRANTING EX PARTE ADMINISTRATIVE REQUEST TO INCREASE PAGE
LIMITATION FOR DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE,
PARTIAL SUMMARY JUDGMENT