Stephen R. Jaffe    SBN 48539
THE JAFFE LAW FIRM
1 Sansome Street, Suite 3500
San Francisco, CA 94104
stephen.r.jaffe@jaffetriallaw.com
415.618.0100

Attorneys for Relator TAMARA EVANS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA *ex rel.* TAMARA EVANS**, <br><br> Relator, <br><br> vs. <br><br> **SOUTHERN CALIFORNIA INTERGOVERNMENTAL TRAINING AND DEVELOPMENT CENTER**, doing business as **SAN DIEGO REGIONAL TRAINING CENTER**, <br><br> Defendant. | Case No.: **2:15-cv-00619-MCE** <br><br> **ADMINISTRAIVE MOTION FOR ORDER RESETTING FILING SCHEDULE FOR OPPOSITION MEMORANDA AND REPLAY MEMORANDA TO CROSS MOTIONS FOR SUMMARY JUDGMENT [DOCKET NOS. 81 AND 85]; ORDER THEREON** |

The relator, Tamara Evans, makes this administrative motion for an Order resetting filing deadline dates pertaining to the parties' pending cross-motions for summary judgment (Docket Nos. 81 and 85).  The parties have met, conferred and agreed that the following filing deadlines be set by this Court:

**Last day to file memoranda in opposition                    October 8, 2020**

**Last day to file reply memoranda to oppositions            October 28, 2020**

This motion is made on the grounds that (1) there are numerous and complex factual and legal issues within the pending motions for summary judgment and (2) the impact of the

COVID-19 medical emergency has impacted the ability of counsel for both parties to file the memoranda in question within the time deadlines provided for under the the FRCP and rules of this court.

Dated: August 17, 2020 THE JAFFE LAW FIRM

By:____/s/ Stephen R. Jaffe_____
Stephen R. Jaffe (CA SBN 49539)
Attorney for Relator, TAMARA EVANS

**ORDER**

The foregoing unopposed Administrative Motion having been presented to the Court and good cause appearing, said Motion (ECF No. 87) is GRANTED.  Accordingly, the Court orders as follows:

The parties' memoranda in opposition to the pending cross-motions for summary judgment (Docket Nos. 81 and 85) shall be filed on or before **October 8, 2020;** and

The parties' memoranda in reply to the oppositions to the pending cross-motions for summary judgment (Docket Nos. 81 and 85) shall be filed on or before **October 28, 2020**.

IT IS SO ORDERED.

Dated:  August 20, 2020

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE